IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **AMERICAN GENERAL LIFE INSURANCE COMPANY,**<br>2727-A Allen Parkway<br>Houston, TX 77019<br><br>    Plaintiff,<br><br>v.<br><br>**SILVIA POTTS,**<br>911 Sharon Drive, Apt. 2<br>Lebanon, Ohio 45036<br><br>    Defendant. | CIVIL ACTION NO. 1:23-CV-00317 |

## PLAINTIFF'S COMPLAINT

Plaintiff American General Life Insurance Company respectfully submits its Complaint against Defendant Silvia Potts as follows:

### I. PARTIES

1. Plaintiff American General Life Insurance Company ("American General") is a life insurance company organized under the laws of Texas with its principal place of business in Houston, Texas. American General is a citizen of Texas within the meaning and intent of 28 U.S.C. § 1332.

2. Defendant Silvia Potts is an individual domiciled in Lebanon, Ohio. Silvia Potts may be served with process at her Lebanon, Ohio residence. Defendant is a citizen of Ohio within the meaning of 28 U.S.C. § 1332.

### II. JURISDICTION AND VENUE

3. As American General and Defendant are situated in and are citizens of different states, diversity of citizenship exists. Additionally, as set forth below, this case involves an amount

in controversy in excess of $75,000, exclusive of interest and costs. Thus, this Court has diversity jurisdiction under 28 U.S.C. § 1332.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(1) because Defendant resides in Lebanon, Ohio. In addition, all or a portion of the events leading to the asserted causes occurred in Warren County, Ohio.

### III. FACTS

5. In August 2019, American General Life Insurance Company issued Annuity No. A53D9543624 ("Annuity") naming Mark Potts ("Decedent") as owner and annuitant.

6. At the time of issuance, the Decedent named Defendant as the Annuity's sole beneficiary.

7. The Decedent submitted an online change of beneficiary form on or about May 1, 2020, naming his daughter Shannon Potts as the Annuity's sole beneficiary.

8. Due to a clerical error, the change of beneficiary was not indexed or recorded in the Annuity's file.

9. Upon information and belief, the Decedent died in October 2022.

10. At the time of the Decedent's death, the Annuity's benefit became due and payable.

11. Following notification of the Decedent's death, American General—under the belief that she was the designated beneficiary—mailed the claim paperwork to Defendant.

12. American General received completed claim paperwork from Defendant on or around November 2, 2022 and on November 4, 2022 electronically tendered the gross benefit to Defendant in the amount of $114,298.47, withholding associated taxes in the amount $28,574.62, for a net benefit of $142,873.09 (the "Benefit").

13. After learning that American General had paid the Benefit to Defendant, Shannon Potts demanded that American General remit the Benefit to her as the Annuity's designated beneficiary.

14. Because the May 2020 beneficiary designation was submitted in accordance with the Annuity's terms, American General subsequently tendered an additional Benefit payment to Shannon Potts as the Annuity's beneficiary.

15. On January 24, 2023, American General sent a written demand to Defendant, demanding that she return the improperly paid Benefit.

16. Defendant failed to return the Benefit.

## IV. CAUSE OF ACTION

### UNJUST ENRICHMENT

17. American General incorporates herein by reference each of its allegations contained in the preceding paragraphs.

18. In accordance with the May 2020 beneficiary change, the Annuity beneficiary at the time of the Decedent's death was Shannon Potts. As the beneficiary, Shannon Potts was entitled to the Benefit.

19. Defendant was not the Annuity's beneficiary at the time of the Decedent's death and did not have any right, title, interest, or control over the Benefit.

20. Defendant improperly retained the Benefit paid to her in error.

21. American General, having properly paid the Benefit to Shannon Potts, is now entitled to receive the Benefit improperly retained by Defendant plus applicable interest.

22. Defendant holds money that in equity and good conscience belongs to American General.

23. Defendant refused American General's demand for return of the Benefit.

24. Defendant has been unjustly enriched by keeping funds which are the property of American General.

## V. **PRAYER**

Plaintiff American General Life Insurance Company respectfully requests that this Court enter judgment in its favor and award American General $142,873.09, plus pre-judgment and post-judgment interest, as well as any other relief to which American General may be justly entitled.

Dated: May 24, 2023

Respectfully submitted,

By: /s/ Matthew A. Rich
Matthew A. Rich (0077995)
KATZ TELLER BRANT & HILD
255 E. 5th Street, #2400
Cincinnati, Ohio 45202
Telephone: (513) 977-3475
Facsimile: (513) 977-3475
mrich@katzteller.com

and

Amy B. Boyea*
C. Summer Simmons*
MCDOWELL HETHERINGTON LLP
1000 Ballpark Way, Suite 209
Arlington, Texas 76011
Telephone: (817) 635-7300
Facsimile: (817) 635-7308
amy.boyea@mhllp.com
summer.simmons@mhllp.com
*to move for admission *pro hac vice*

***Attorneys for Plaintiff American General Life Insurance Company***